# United States Bankruptcy Court
### Eastern District of Virginia

In re: **Geoffrey Howard Richardson / Heidi Lyn Richardson**, Debtor(s)

Case No. **15-30197**
Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**BB & T**
**Attn: Bankruptcy Dept**
**PO Box 1847**
**Wilson, NC 27894**
*Name of creditor*

**1011 Merganser Terrace**
**Chesterfield, VA 23838**
**single-family dwelling in Chesterfield Co.**
**CMA Assessment:  $496,340**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☒ To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

2.  ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | Seven days prior to confirmation hearing |
| Date and time of confirmation hearing: | April 1, 2015 @ 11:10 am |
| Place of confirmation hearing: | 701 East Broad St., Crtrm 5000  Richmond, VA 23219 |

**Geoffrey Howard Richardson**
**Heidi Lyn Richardson**
*Name(s) of debtor(s)*

By: **/s/ Sean D. Contreras for America Law Group**
**Sean D. Contreras for America Law Group**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Sean D. Contreras for America Law Group**
*Name of attorney for debtor(s)*
**America Law Group, Inc. dba Debt Law Group**
**8501 Mayland Dr., Ste 106**
**Henrico, VA 23294**
*Address of attorney [or pro se debtor]*

Tel. # **804-308-0051**
Fax # **804-308-0053**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this **January 19, 2015**  .

**/s/ Sean D. Contreras for America Law Group**
**Sean D. Contreras for America Law Group**
*Signature of attorney for debtor(s)*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy